**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VERONICA DUNCAN,**

      Plaintiff,

v.                                       Case No. 6:25-cv-765-JA-LHP

**WESTGATE RESORTS, LTD.,**

      Defendant.
_____

**ORDER**

The Court has been advised by the Plaintiff that the above-styled action has been settled. (*See* Notice of Settlement, Doc. 15).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within forty-five days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 26, 2025.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record